**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALEXANDER J. COX, | ) | Case No. 13-11753 (BLS) |
| | ) | |
| Debtor(s). | ) | Docket Reference No. 13 |

**ORDER ON REAFFIRMATION AGREEMENT**

The debtor(s) Alexander J. Cox has (have) filed a motion for approval of the reaffirmation agreement filed on August 13, 2013 made between the debtor(s) and FreedomRoad Financial c/o CRG-20016. The Court held the hearing required by 11 U.S.C. §524(d) on notice to the debtor(s) and the creditor on September 12, 2013.

COURT ORDER:

☐ The court grants the debtors' motion under 11 U.S.C. §524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under U.S.C. §524 (K)(8) and approves the reaffirmation agreement described above.

☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

☒ The court does not approve the reaffirmation agreement.

BY THE COURT

Dated: September 12, 2013

Brendan Linehan Shannon
United States Bankruptcy Judge